STATE OF MISSOURI, Respondent, v. FRED JOHNSON, Appellant.

Springfield Court of Appeals, November 10, 1910.

APPEAL AND ERROR: Criminal Law: Premature Appeal. Appeals in criminal cases are provided for from final judgments only; and where it appeared from the record that no judgment was entered upon the verdict of the jury, the appeal of defendant was held to have been prematurely taken.

Appeal from Barry Circuit Court.—*Hon. F. C. Johnston,* Judge.

APPEAL SET ASIDE AND REMANDED (*with directions*).

*George & Landis* for appellant.

*James Talbert* for respondent.

GRAY, J.—This cause is in this court on appeal by the defendant from a conviction in the circuit court of Barry county upon a charge of violating the Local Option Law. The cause was tried before a jury and a verdict of guilty was returned. The record shows that on the same day the defendant filed a motion for new trial, and which was by the court overruled, and thereupon the defendant filed an application for, and was allowed an appeal.

The record discloses that no judgment was entered upon the verdict of the jury. Appeals in criminal cases are provided for from final judgments only. [State v. Holland, 160 Mo. 667, 61 S. W. 620; State v. Hodges, 207 Mo. 517, 106 S. W. 51.]

Upon this state of the record, it is apparent that the appeal was prematurely taken. It is therefore ordered that the submission of this appeal be and is

Bradshaw v. Telegraph Co.

hereby set aside and the cause remanded to the circuit court of Barry county, with directions to cause the appellant to be brought before the court, and to enter judgment against the defendant on the verdict of the jury. All concur.